Hani W. KHOURI, Appellant,

v.

Thomas ANDREWS, Assistant Attorney General, State of Iowa; Douglas Marek; Thomas J. Miller, Attorney General, State of Iowa; Thomas J. Vilsack, Governor, State of Iowa, Appellees.

No. 02–3776.

United States Court of Appeals, Eighth Circuit.

Submitted March 28, 2003.

Decided April 2, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Hani W. Khouri appeals the district court's [1] pre-service dismissal of his action. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court. However, we modify the dismissal of Khouri's damages claim to be without prejudice. *See Schafer v. Moore,* 46 F.3d 43, 45 (8th Cir.1995) (per curiam). Accordingly, we affirm the judgment as modified. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.